UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

BABY JOGGER, LLC,

    Plaintiff,

    v.

MONAHAN PRODUCTS, LLC, D/B/A UPPABABY,

    Defendant.

Civil Action No. 1:24-CV-11582-ADB

## **SCHEDULE**

| | |
|---|---|
| Exchange of Rule 26(a)(1) Initial Disclosures | December 2, 2024 |
| Parties Submit Proposed Protective Order | December 13, 2024 |
| Parties Submit Proposed ESI Discovery Order | December 13, 2024 |
| Deadline for Patentee's Preliminary Patent-Related Disclosures pursuant to L.R. 16.6(d)(1) | December 20, 2024 |
| Deadline for Conference Regarding Patentee's Preliminary Patent- Related Disclosures pursuant to L.R. 16.6(d)(2) | January 10, 2025 |
| Deadline for Accused Infringer's Preliminary Production of Technical Documents, Source Code, and Samples of Accused Products pursuant to L.R. 16.6(d)(4) | January 31, 2025 |
| Deadline for Simultaneous Exchange of Claim Terms to Be Construed and Their Proposed Constructions pursuant to L.R. 16.6(e)(1)(A) | February 21, 2025 |
| Deadline for Parties' Conference Regarding Proposed Claims Constructions pursuant to L.R. 16.6(e)(1)(B) | February 28, 2025 |
| Deadline to Submit Joint Statement of the Number of Claim Terms to be Construed and Their Proposed Constructions pursuant to L.R. 16.6(e)(1)(D) | March 7, 2025 |

-2-

| | |
|---|---|
| Deadline for the Simultaneous Exchange of Opening Claim Construction Briefs pursuant to L.R. 16.6(e)(2) | March 28, 2025 |
| Deadline for Expert Claim Construction Depositions pursuant to L.R. 16.6(e)(3) | April 18, 2025 |
| Deadline for the Simultaneous Exchange of Responsive Claim Construction Briefs pursuant to L.R. 16.6(e)(4) | May 9, 2025 |
| Claim Construction Hearing | August 12, 2025 |
| Later dates will be set closer to the time of the claim construction hearing if the case has not settled. ||