**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BABY JOGGER, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MONAHAN PRODUCTS, LLC<br>d/b/a UPPABABY,<br><br>    Defendant. | Civil Action No. 1:24-cv-11582 |

**DECLARATION OF TRUNG PHUNG IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT OF EQUITABLE ESTOPPEL**

I, Trung Phung, declare the following statements are true to the best of my knowledge, and that if called as a witness I could and would competently testify thereto:

1.    I am the President of UPPAbaby.  UPPAbaby is the defendant in this action brought by Baby Jogger.  I am familiar with UPPAbaby's business and products.

2.    I make this Declaration in support of UPPAbaby's Motion for Summary Judgment of Equitable Estoppel.

**UPPAbaby's Rumble Seat and Vista Stroller**

3.    UPPAbaby's accused Rumble Seat was publicly disclosed at the ABC Kids Expo in Las Vegas ("the ABC Tradeshow") in September 2008.

4.    The RumbleSeat attaches to UPPAbaby's Vista stroller.  The Vista stroller has been UPPAbaby's flagship stroller since 2006.

**The Parties' Prior Course of Dealings**

5.    Both UPPAbaby and Baby Jogger attended the ABC Tradeshow in September 2008.

6.    Baby Jogger and UPPAbaby were on relatively friendly terms at the time, and Baby Jogger representatives saw the first version of UPPAbaby's Rumble Seat at the ABC Tradeshow.

7.    In 2015, seven years after the ABC Tradeshow, the parties were engaged in confidential business discussions unrelated to the asserted patent family.

8.    The discussions ended with no agreement between the parties.

### The Parties' 2015-2016 Letter Correspondence

9.    Following the breakdown in discussions, Baby Jogger accused UPPAbaby of patent infringement in a letter dated December 4, 2015.  In a letter dated December 30, 2015, UPPAbaby responded to Baby Jogger's allegations and accused Baby Jogger of engaging in unfair business practices and attempting to disrupt UPPAbaby's business after their business discussions failed. In addition, UPPAbaby questioned whether "Baby Jogger representatives stole the idea from UPPAbaby" at the ABC Tradeshow seven years earlier in September 2008.

10.    Baby Jogger responded by letter on March 15, 2016.  Baby Jogger did not expressly deny UPPAbaby's allegation of unfair business practices.  Baby Jogger did not expressly deny UPPAbaby's question as to whether "Baby Jogger representatives stole the idea from UPPAbaby" seven years earlier.  Baby Jogger did not expressly allege infringement.  Baby Jogger did not call for a response.

11.    True and correct copies of the three letters are attached as Exhibits A-C.

### UPPAbaby's Reasonable Beliefs

12.    UPPAbaby understood the tone and content of Baby Jogger's March 15, 2016 letter to be conciliatory and represent closure.

13.    Because Baby Jogger's March 15, 2016 letter did not expressly deny UPPAbaby's claims or mention infringement again, UPPAbaby reasonably believed that it had convinced Baby

Jogger not to sue. Baby Jogger would not sue it for infringement, and in return UPPAbaby would not sue Baby Jogger for unfair business practices.

14.    In UPPAbaby's view, this was a practical business outcome for both parties.

15.    UPPAbaby never heard from Baby Jogger again until this lawsuit.

16.    UPPAbaby reasonably believed that one of the reasons Baby Jogger did not sue was to avoid UPPAbaby's counterclaim for unfair business practices.

17.    UPPAbaby reasonably believed that one of the reasons Baby Jogger did not sue was to avoid potentially damaging discovery into an event that had occurred seven years earlier while Baby Jogger was under different ownership.

18.    Due to Baby Jogger's years of inaction, UPPAbaby reasonably believed that Baby Jogger did not intend to enforce its patent against the Vista stroller and Rumble Seat.

### UPPAbaby's Reliance and Economic Prejudice

19.    UPPAbaby's Vista stroller is on its third generation (V3) and the Rumble Seat is on its third generation (V3), representing several opportunities for redesign of future generations if Baby Jogger had taken action sooner.

20.    Since 2015, sales of the Rumble Seat have increased approximately 3-4 fold in number of units sold per year, resulting in millions of dollars in additional sales.

21.    UPPAbaby has spent millions of dollars in research and development (R&D) costs between the 2015 version that Baby Jogger accused of infringement eight years ago and the current version (V3).

22.    This includes R&D costs such as prototyping, tooling, third party testing, and in-house staff time spent on R&D.

23.     In addition, UPPAbaby has spent hundreds of thousands of dollars marketing changes in the accused products each time they underwent an update or redesign to a subsequent version.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          December 20, 2024

Signed:         /s/ *Trung Phung*

                Trung Phung
                President, UPPAbaby

**CERTIFICATE OF SERVICE**

I certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.  Any other counsel of record will receive the foregoing via e-mail in PDF format.

/s/ *Andrea B. Reed*
Andrea B. Reed