# EXHIBIT A

December 4, 2015

Bob Monahan
UPPAbaby, Inc.
60 Sharp Street
Hingham, Massachusetts 02043

Re: UPPA Baby Vista Stroller

Dear Mr. Monahan:

I am Chief Patent Counsel Newell Rubbermaid, the parent company of Baby Jogger. I wish to bring to your attention U.S. Patent No. 8,955,869 ("the '869 Patent") entitled Seat Attachment for a Stroller. It has come to our attention that UPPA Baby is selling products, such as the Vista stroller, that may be covered by one or more claims in the '869 patent. For your convenience, we have attached a copy of this patent.

Please contact me within the next ten (10) business days to discuss potential resolution of this issue. I look forward to speaking with you.

Regards,

Karen Borrelli

VP, Chief Patent Counsel
Newell Rubbermaid Inc
3 Glenlake Parkway
Atlanta, GA 30328
karen.borrelli@newellco.com
770-418-7751

cc: Laurel Hurd

Enclosures (1)

# EXHIBIT B

**L&A** | **LANDO & ANASTASI**

**Craig R. Smith**
csmith@lalaw.com
direct dial 617-395-7081

December 30, 2015

**VIA EMAIL**

Karen Borrelli
VP, Chief Patent Counsel
Newell Rubbermaid
3 Glenlake Parkway
Atlanta, GA 30328
karen.borrelli@newellco.com

  Re: UPPAbaby Vista Stroller and Rumble Seat

Dear Ms. Borrelli:

  I represent UPPAbaby in intellectual property matters. As we discussed previously, UPPAbaby was surprised to receive your letter dated December 4, 2015, relating to UPPAbaby's Vista stroller. Newell Rubbermaid and UPPAbaby were in business discussions just prior to receiving your letter. Indeed, Laurel Hurd, who was copied on your letter, was intimately involved in confidential business discussions with UPPAbaby. Newell Rubbermaid appears to be engaging in unfair business practices and attempting to disrupt UPPAbaby's business.

  Before you assert unfounded claims of infringement, Newell Rubbermaid should be aware of several facts. *First*, the patent Newell Rubbermaid acquired from Baby Jogger was filed on April 25, 2014, and claims priority to a continuation application filed on December 4, 2009, which is now abandoned, and a provisional application filed on December 4, 2008. *Second*, UPPAbaby's Vista stroller was first sold in 2006, at least two years before the earliest application filed by Baby Jogger. *Third*, UPPAbaby's Rumble Seat was publicly disclosed in 2008, including at the ABC Tradeshow in September, 2008, before the earliest application filed by Baby Jogger. *Fourth*, Baby Jogger and UPPAbaby were on friendly terms in 2008 and both attended the ABC Tradeshow in September, 2008, where Baby Jogger representatives saw UPPAbaby's Rumble Seat.

  In your letter, you state that "It has come to our attention that UPPA Baby is selling products, such as the Vista stroller, that may be covered by one or more claims in the '869 patent." If this statement was accurate, it would mean that the '869 patent is invalid. UPPAbaby's Vista stroller was first sold in 2006, well before the earliest application relating to the '869 patent. Similarly, UPPAbaby's Rumble Seat was publicly shown in 2008, before the earliest filing date of Baby Jogger patent. In addition, to the extent that Baby Jogger representatives stole the idea from UPPAbaby, then the patent is invalid.

  The chart you provided on December 18, 2015, does not explain why Newell Rubbermaid believes any element of any claim of the '869 patent is infringed. Instead, you have copied pictures of the UPPAbaby Vista stroller and Rumble Seat into a chart with no



Page 2

explanation.  We do not see any basis in your chart for the allegations Newell Rubbermaid has made.

    UPPAbaby dealt with Newell Rubbermaid in good faith during the prior business discussions.  We hope that Newell Rubbermaid will do the same and not attempt to continue to disrupt UPPAbaby's business.

                                                  Yours truly,

                                                  LANDO & ANASTASI, LLP

                                                  Craig R. Smith

# EXHIBIT C


Brands That Matter

Jessica Kattula
Patent Counsel
3 Glenlake Parkway
Atlanta, GA 30328
770-418-7335
jessica.kattula@newellco.com

March 15, 2016

Craig R. Smith
Lando & Anastasi
Riverfront Office Park
One Main Street
Cambridge, MA 02142
csmith@lalaw.com

RE:     UPPAbaby Vista Stroller and Rumble Seat / U.S. Patent No. 8,955,869

Dear Mr. Smith,

     My name is Jessica Kattula and I am inside patent counsel for Baby Jogger. I apologize for my delay in responding to your December 30, 2015 letter. I have been out on maternity leave and just recently returned.

     I'd first like to address your concerns regarding the companies' prior business dealings. The current matter relates to intellectual property and is unrelated to those discussions. Baby Jogger simply values its innovations and must protect its intellectual property. Our investigation has been based solely on publicly available information. Nonetheless, should you have any remaining specific concerns, I am happy to discuss.

     Next, I'd like to clarify which UPPAbaby products are at issue. We believe that UPPA's current version of the Rumble Seat – which attaches to the Vista stroller and allows a second seat to attach to the stroller in both a rearward or forward facing direction – is at issue with respect to Baby Jogger's '869 Patent. We understand this product was launched in the 2015 timeframe. The '869 Patent has a priority date of 2008, years before UPPA's launch of this product. While we understand that UPPA may have sold an earlier version of its Rumble Seat in the 2009 timeframe, that seat differed from the current seat in certain key respects, including that it would only allow the second seat to face the rearward direction.


Brands That Matter

I hope the above provides some additional clarity.  I look forward to working together towards a resolution.


Best regards,

*Jessica M Kattula*

Jessica Kattula

3 Glenlake Parkway  |  Atlanta, GA 30328  |  Phone +1 (770) 418-7000  |  www.newellrubbermaid.com