IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BABY JOGGER, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>MONAHAN PRODUCTS, LLC, D/B/A UPPABABY,<br><br>    Defendant. | Civil Action No. 1:24-CV-11582-ADB |

### DECLARATION OF ROBERT J. LEONARD IN SUPPORT OF
### PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF

Pursuant to 28 U.S.C. § 1746, I, Robert J. Leonard, hereby declare as follows:

1.  I am more than eighteen (18) years of age, and I am competent to make this declaration. I have personal knowledge of the facts stated herein and would testify to such facts under oath if asked to do so.

2.  I am an attorney with the law firm of Meunier Carlin & Curfman LLC and have entered an appearance in the above-captioned matter on behalf of Plaintiff Baby Jogger, LLC ("Baby Jogger" or "Plaintiff"). I submit this declaration in support of Plaintiff's Responsive Claim Construction Brief.

3.  **Exhibit I** is a true and correct copy of excerpts of the deposition transcript of William W. Clark, Ph.D.

4.  **Exhibit J** is a true and correct copy of excerpts of the prosecution history of U.S. Patent Application No. 12/631,375.

5.  **Exhibit K** is a true and correct copy of excerpts of U.S. Patent Application No. 15/912,901.

-2-

6. **Exhibit L** is a true and correct copy of excerpts of U.S. Patent Application No. 15/225,326.

7. **Exhibit M** is a true and correct copy of excerpts of U.S. Patent Application No. 14/597,420.

8. **Exhibit N** is a true and correct copy of excerpts of U.S. Patent Application No. 16/832,429.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2025, in Atlanta, Georgia.

/s/ *Robert J. Leonard*
Robert J. Leonard