# EXHIBIT J

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

| | | |
|---|---|---|
| Serial No. | : | 12/631,375 |
| | : | |
| First Named Inventor | : | Mark Zehfuss |
| Filing Date | : | December 4, 2009 |
| | | |
| Art Unit | : | 3618 |
| Examiner | : | Jacob B. Meyer |
| | : | |
| Docket No. | : | DYN005 |
| Customer No. | : | 006980 |

---

January 7, 2013

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450

**Amendment**

Sir:

An Office Action dated July 6, 2012 ("Office Action") has been issued from the United States Patent and Trademark Office in the above-referenced patent application ("Subject Application").  Applicant respectfully submits this Response to Office Action with amendments to the specification, the claims and drawings.  Applicant respectfully requests reconsideration of the Subject Application.

**Claim Listing** begin on page 2; and
**Remarks** begin on page 9.

1

**CLAIM LISTING**

1.      (Currently Amended) A seat attachment for a stroller, comprising:

   an two separate attachment frame members, wherein each attachment frame member comprising comprises:

     a connector portion capable of reversibly connecting to a stroller frame adjacent a front wheel of the stroller; and

     a seat support element capable of supporting a seat in either a forward or backward position;.

2.      (Original) The seat attachment of claim 1, comprising:

   a wheel.

3.      (Original) The seat attachment for a stroller of claim 2, further comprising a wheel support frame connecting the wheel to the attachment frame member.

4.      (Original) The seat attachment for a stroller of claim 3, wherein the wheel support frame is pivotally connected to the attachment frame member.

5.      (Original) The seat attachment for a stroller of claim 4, wherein the wheel support frame is pivotally connected near the middle of the attachment frame member.

6.      (Original) The seat attachment for a stroller of claim 5, further comprising a folding mechanism.

7.      (Original) The seat attachment for a stroller of claim 6, wherein the folding mechanism comprises a sliding connector slidingly connected to the attachment frame member and a strut having a first end connected to the sliding member and a second end connected to the wheel support frame.

2

BJvU-0001076

8.    (Original) The seat attachment for a stroller of claim 4, wherein the wheel support frame is capable of pivoting from a first position to a second position.

9.    (Original) The seat attachment for a stroller of claim 8, wherein the first position is a locked and in-use position and the second position is an unlocked and folded position.

10.    (Original) The seat attachment for a stroller of claim 1, wherein the seat is a baby seat, a car seat, a stroller seat, a bassinet, or a pram.

11.    (Original) The seat attachment for a stroller of claim 1, wherein the attachment frame member has a first end and a second end.

12.    (Original) The seat attachment for a stroller of claim 11, wherein the first end is capable of connecting to a stroller frame.

13.    (Original) The seat attachment for a stroller of claim 12, wherein the second end is connected to the seat attachment member.

14.    (Original) The seat attachment for a stroller of claim 1, wherein the seat support element is capable of supporting a seat in either a forward or backward position.

15.    (Original) The seat attachment for a stroller of claim 1, further comprising a stroller seat, wherein the seat support element is capable of supporting the stroller seat in either a forward or backward position.

16.    (Currently Amended) A double stroller, comprising:

a stroller frame comprising two front wheels, a frame, a first seat and an two attachment frame member portions connected to the frame, wherein one attachment portion is connected adjacent to one front wheel and the other attachment portion is connected to the frame adjacent to the other front wheel;

BJvU-0001077

a seat attachment comprising a wheel, ~~two seat support elements,~~ a second seat, and ~~a~~ two connector portion~~s, each connector portion~~ capable of ~~releasably~~ connecting to the attachment ~~frame member~~portion, wherein the second seat is attached in front of the first seat.

17.    (Cancelled)

18.    (Currently Amended) The double stroller of claim ~~12~~16, wherein the second seat is releasably connected to the ~~two~~ seat support element.

19.    (Currently Amended) The double stroller of claim 18, wherein the seat support element~~s~~ ~~is~~ are capable of supporting the second seat in either a forward or backward position.

20.    (Withdrawn) A double stroller, comprising:
       a first seat attachment capable of removably supporting a child seat; and
       a second seat attachment capable of supporting a child seat.

21.    (Withdrawn) The double stroller of claim 20, wherein each seat attachment comprises two seat connector portions.

22.    (Withdrawn) The double stroller of claim 20, wherein the child seat is one of a stroller seat, a baby carrier, a bassinet, a pram, or a car seat.

23.    (Withdrawn) The double stroller of claim 20, comprising a frame, wherein the frame comprises a handle portion, a front wheel support portion and a back wheel support portion.

24.    (Withdrawn) The double stroller of claim 23, wherein a first seat attachment is adjacent to the front wheel support portion.

25.    (Withdrawn) The double stroller of claim 24, wherein the first seat attachment is above at least one front wheel connected to the wheel support portion.

4

BJvU-0001078

26.     (Withdrawn) The double stroller of claim 25, wherein the second seat attachment is adjacent to the handle portion.

27.     (Withdrawn) The double stroller of claim 23, further comprising a folding mechanism that connects the handle portion, the front wheel support portion, and the back wheel support portion.

28.     (Currently Amended) A stroller, comprising:

       a frame;

       ~~at least one~~two front wheel~~s~~;

       at least one rear wheel;

       a stroller seat; and

       ~~a~~ two ~~seat~~ attachment portion~~s connected to the frame adjacent to the front wheels,~~ wherein each attachment portion is capable of reversibly receiving and supporting a seat attachment, wherein the seat attachment comprises a connector portion and a ~~second~~ seat support element~~in front of the stroller seat~~.

29. to 31.     (Cancelled)

32.     (Currently Amended) The stroller of claim ~~30~~28, wherein the ~~frame~~ attachment portions comprise~~s~~ a ~~sleeve~~ slot for removably connecting the seat attachment portion to the frame.

33.     (Currently Amended) The stroller of claim 28, wherein seat support element is capable of supporting a second seat and the second seat is ~~one seat~~ selected from a stroller seat, an infant carrier, a bassinet, a pram, or a car seat.

34.     (Cancelled)

35.     (Currently Amended) A stroller, comprising:

       a first stroller seat reversibly and releasably connected to a stroller frame;

       two attachment portions, and

5

BJvU-0001079

a seat attachment for converting ~~a single~~the stroller into a double stroller, the seat attachment comprising:

a connector portion capable of reversibly connecting to one of the attachment portions above a front wheel of the stroller, and

a seat attachment element capable of supporting a second seat in either a forward or backward position~~at least one connector portion connected to an attachment portion of the stroller frame and a seat support element supporting a second seat~~.



Formatte

36.    (Previously Presented) The stroller of claim 35, wherein the first stroller seat is releasably connected in a backward position.

37.    (Previously Presented) The stroller of claim 36, wherein the second stroller seat is one of a stroller seat, a car seat, or a bassinet.

38.    (Currently Amended) The ~~single~~ stroller of claim ~~40~~35, wherein the second seat is a bassinet or a car seat.

39.    (Previously Presented) The stroller of claim 36, wherein the frame further comprises two folding mechanisms.

40.    (Previously Presented) The stroller of claim 36, wherein the first seat comprises a releasable connection including a button or a locking tab.

41.    (Previously Presented) The stroller of claim 36, comprising a pair of front wheels and a pair of back wheels.

42.    (Previously Presented) The stroller of claim 41, wherein the front wheels pivot and the back wheels are fixed.

43.    (Cancelled)

6

44.    (Currently Amended) The stroller of claim 4335, wherein one of the two attachment frame members is a right side attachment frame member and the other attachment frame member is a left attachment frame member.

45.    (Currently Amended) The stroller of claim 4335, wherein the seat attachment member comprises a seat attachment comprises two seat support elements.

46.    (Currently Amended) The stroller of claim 45, wherein the seat attachment comprises a corresponding a connector portion is capable of connecting to the stroller frame at the attachment frame members.

47.    (Previously Presented) The stroller of claim 46, wherein the connector portion of the seat attachment has a cylindrical shape.

48.    (Currently Amended) The stroller of claim 47, wherein the attachment frame member has a cylindrical recessslot.

49.    (Previously Presented) The stroller of claim 48, wherein the connector portion of the seat attachment is inserted in the cylindrical recess.

50.    (Previously Presented) The stroller of claim 46, wherein the connector portion is tubular construction.

51.    (Previously Presented) The stroller of claim 46, wherein the connector portion has a circular cross-sectional shape.

52.    (Cancelled)

53.    (Currently Amended) The stroller of claim 46, wherein the attachment frame member has aconnector portion has a complementary and cooperating shape that allows the connector portion to be secured to the attachment portion.

7

54.    (Withdrawn) The stroller of claim 35, wherein the seat support element is capable of supporting a car seat either a forward or backward position.

55.    (Withdrawn) The stroller of claim 35, wherein the seat support member is capable of supporting a car seat or other baby seat.

56.    (Withdrawn) The stroller of claim 55, wherein the ~~wherein the~~ seat support member comprises a main support.

57.    (Withdrawn) The stroller of claim 56, wherein the ~~wherein the~~ main support comprises a cradle for supporting the central portion of the car seat.

58.    (Withdrawn) A stroller capable of being converted to a double stroller, comprising:

a releasably connected first seat, wherein the seat is one of a stroller seat, a car seat, or a bassinet and the seat may be attached in a forward or backward facing position; and

a releasably connected second seat, wherein the second seat is on of a stroller seat, a car seat, or a bassinet and the car seat or the bassinet may be attached in a forward or backward facing position.

59.    (Withdrawn) The stroller of claim 58, wherein the first seat is a stroller seat.

60.    (Withdrawn) The stroller of claim 58, wherein the first seat is a bassinet.

61.    (Withdrawn) The stroller of claim 59, wherein the second seat is a car seat.

62.    (Withdrawn) The stroller of claim 59, wherein the second seat is a stroller seat.

8

BJvU-0001082

## REMARKS

Claims 1 to 62 were pending in the Subject Application. Of the pending claims, Claims 1 to 19 and 28 to 53 were rejected in the Office Action and Claims 20 to 27 and 54 to 62 are withdrawn from consideration due to an election requirement. Applicants respectfully request reconsideration of Claims 1 to 19 and 28 to 53 based upon the amendments and remarks.

### Drawings

Applicants have amended the drawings as follows:

The specification has been amended to identify an "attachment portion" with reference character "17";

The reference character "83" designated the unnamed part has been deleted from Figure 8;

Claim 32 has been amended to delete the term "sleeve" and replaced with the term "slot";

Figure 2A has been amended to show a cross-section of the connector portion;

Figure 1A has been added to show the cylindrical recess or slot; and

Claim 52 has been cancelled.

### Specification

The description has been amended to describe Figure 7 and Figures 9A through 9F.

### Claim Objections

Claims 1 17, 18, 38, 45, 46, 56, and 57 have been amended to address the claim objections provided by the examiner.

### Claim Rejections

The claims of the Subject Application have been rejected under 35 U.S.C. § 102 or 35 U.S.C. §103 based upon a US Patent No. 7,677,585 (Rohl), US Patent No. 7,475,900 (Cheng), or a combination thereof.

The claims have been amended to overcome these rejections. Neither Rohl nor Cheng describe a seat attachment for a stroller comprising two separate attachment frame members. The

9

two separate frame members allow the seat attachment to be reversibly connected to the stroller frame then removed and easily stored.  When using the stroller as a single stroller the seat attachment will not interfere with the use of the stroller.

To accomplish this, each attachment frame member comprising comprises a connector portion capable of reversibly connecting to a stroller frame adjacent a front wheel of the stroller; and a seat support element capable of supporting a seat in either a forward or backward position. The attachment frame members are reversibly connecting adjacent to a front wheel.  In this way, the second seat may be mounted in front of the first seat and above the stroller front wheels. This provides a stable double stroller.

Rohl provides an additional seat for a stroller that must be attached next to the stroller. The auxiliary seat is not attached adjacent to both front wheels.  The seat attachment of Cheng is not reversibly connected to the stroller frame.

Consideration of the amended claims is respectfully requested.


## CONCLUSIONS

Applicants respectfully request consideration of the claims pending in the Subject Application and issuance of a Notice of Allowability.  Should the Examiner have any remaining concerns, he is requested to contact the undersigned at the telephone number given below so that the concerns may be resolved without issuance of an additional Office Action.



Sincerely,

/Bernard G. Pike/

Bernard G. Pike
Registration No. 46,993


Pike IP Law, PLLC
P.O. Box 8592
Richmond, Virginia 23226
804-615-3939

BJvU-0001084

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

| | | |
|---|---|---|
| Serial No. | : | 12/631,375 |
| | : | |
| First Named Inventor | : | Mark Zehfuss |
| Filing Date | : | December 4, 2009 |
| | | |
| Art Unit | : | 3618 |
| Examiner | : | James M. Dolak |
| | : | |
| Docket No. | : | DYN005 |

---

June 12, 2013

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia  22313-1450


## Response to Office Action


Sir:


An Office Action dated March 28, 2013 ("Office Action") has been issued from the United States Patent and Trademark Office in the above-referenced patent application ("Subject Application").  Applicant respectfully submits and respectfully requests consideration of this Response to Office Action ("Response") with amendments to the specification, the claims and drawings.


**Claim Listing** begins on page 2;

**Amendment to the Specification** begins on page 9; and

**Remarks** begin on page 10.

1

## CLAIM LISTING

1.     (Previously Presented) A seat attachment for a stroller, comprising:

two separate attachment frame members, wherein each attachment frame member comprises:

a connector portion capable of reversibly connecting to a stroller frame adjacent a front wheel of the stroller and a seat support element capable of supporting a seat in either a forward or backward position.

2.     (Original) The seat attachment of claim 1, comprising:

a wheel.

3.     (Original) The seat attachment for a stroller of claim 2, further comprising a wheel support frame connecting the wheel to the attachment frame member.

4.     (Original) The seat attachment for a stroller of claim 3, wherein the wheel support frame is pivotally connected to the attachment frame member.

5.     (Original) The seat attachment for a stroller of claim 4, wherein the wheel support frame is pivotally connected near the middle of the attachment frame member.

6.     (Original) The seat attachment for a stroller of claim 5, further comprising a folding mechanism.

7.     (Original) The seat attachment for a stroller of claim 6, wherein the folding mechanism comprises a sliding connector slidingly connected to the attachment frame member and a strut having a first end connected to the sliding member and a second end connected to the wheel support frame.

2

8.      (Original) The seat attachment for a stroller of claim 4, wherein the wheel support frame is capable of pivoting from a first position to a second position.

9.      (Original) The seat attachment for a stroller of claim 8, wherein the first position is a locked and in-use position and the second position is an unlocked and folded position.

10.     (Original) The seat attachment for a stroller of claim 1, wherein the seat is a baby seat, a car seat, a stroller seat, a bassinet, or a pram.

11.     (Original) The seat attachment for a stroller of claim 1, wherein the attachment frame member has a first end and a second end.

12.     (Original) The seat attachment for a stroller of claim 11, wherein the first end is capable of connecting to a stroller frame.

13.     (Original) The seat attachment for a stroller of claim 12, wherein the second end is connected to the seat attachment member.

14.     (Original) The seat attachment for a stroller of claim 1, wherein the seat support element is capable of supporting a seat in either a forward or backward position.

15.     (Original) The seat attachment for a stroller of claim 1, further comprising a stroller seat, wherein the seat support element is capable of supporting the stroller seat in either a forward or backward position.

16.     (Previously Presented) A double stroller, comprising:
        a stroller frame comprising two front wheels, a frame, a first seat and two attachment portions connected to the frame, wherein one attachment portion is connected to the frame adjacent to one front wheel and the other attachment portion is connected to the frame adjacent to the other front wheel;

3

BJvU-0001161

a seat attachment comprising a wheel, two seat support elements, a second seat, and two connector portions, each connector portion capable of releasably connecting to ~~the~~ a corresponding attachment portion, wherein the second seat is attached in front of the first seat.

17.    (Cancelled)

18.    (Currently Amended) The double stroller of claim 16, wherein the second seat is releasably connected to the two seat support element~~s~~.

19.    (Previously Presented) The double stroller of claim 18, wherein the seat support elements are capable of supporting the second seat in either a forward or backward position.

20.    (Withdrawn) A double stroller, comprising:
    a first seat attachment capable of removably supporting a child seat; and
    a second seat attachment capable of supporting a child seat.

21.    (Withdrawn) The double stroller of claim 20, wherein each seat attachment comprises two seat connector portions.

22.    (Withdrawn) The double stroller of claim 20, wherein the child seat is one of a stroller seat, a baby carrier, a bassinet, a pram, or a car seat.

23.    (Withdrawn) The double stroller of claim 20, comprising a frame, wherein the frame comprises a handle portion, a front wheel support portion and a back wheel support portion.

24.    (Withdrawn) The double stroller of claim 23, wherein a first seat attachment is adjacent to the front wheel support portion.

25.    (Withdrawn) The double stroller of claim 24, wherein the first seat attachment is above at least one front wheel connected to the wheel support portion.

4

BJvU-0001162

26.    (Withdrawn) The double stroller of claim 25, wherein the second seat attachment is adjacent to the handle portion.

27.    (Withdrawn) The double stroller of claim 23, further comprising a folding mechanism that connects the handle portion, the front wheel support portion, and the back wheel support portion.

28.    (Currently Amended) A stroller, comprising:
       a frame;
       two front wheels;
       at least one rear wheel;
       a stroller seat; and
       two attachment portions connected to the frame adjacent to the front wheels, wherein each attachment portion is capable of reversibly receiving and supporting a seat attachment member, wherein the seat attachment member comprises a connector portion for removably connecting to the attachment portion and a seat support element for reversibly connecting a stroller seat between the seat attachment members.

29. to 31.    (Cancelled)

32.    (Currently Amended) The stroller of claim 28, wherein the attachment portions comprise a slot for removably connecting receiving the connector portion of the seat attachment member portion to the frame.

33.    (Currently Amended) The stroller of claim 28, wherein the seat support element is capable of supporting a second seat and the second seat is selected from a stroller seat, an infant carrier, a bassinet, a pram, or a car seat.

34.    (Cancelled)

35.    (Currently Amended) A stroller, comprising:

5

BJvU-0001163

a first stroller seat reversibly and releasably connected to a stroller frame ~~having a left front wheel and a right front wheel~~;

two attachment portions ~~attached to the stroller frame, wherein one attachment portion is connected adjacent to the left front wheel and the other attachment portion is connected adjacent to the right front wheel~~, and

a seat attachment for converting the stroller into a double stroller, the seat attachment comprising:

a connector portion capable of reversibly connecting to one of the attachment portions above a front wheel of the stroller, and

a seat attachment element capable of supporting a second seat in either a forward or backward position.

36.    (Previously Presented) The stroller of claim 35, wherein the first stroller seat is releasably connected in a backward position.

37.    (Previously Presented) The stroller of claim 36, wherein the second stroller seat is one of a stroller seat, a car seat, or a bassinet.

38.    (Previously Presented) The stroller of claim 35, wherein the second seat is a bassinet or a car seat.

39.    (Previously Presented) The stroller of claim 36, wherein the frame further comprises two folding mechanisms.

40.    (Previously Presented) The stroller of claim 36, wherein the first seat comprises a releasable connection including a button or a locking tab.

41.    (Currently Amended) The stroller of claim 36, comprising ~~a pair of front wheels and~~ a pair of back wheels.

6

BJvU-0001164

42.    (Previously Presented) The stroller of claim 41, wherein the front wheels pivot and the back wheels are fixed.

43.    (Cancelled)

44.    (Previously Presented) The stroller of claim 35, wherein one of the two attachment frame members is a right side attachment frame member and the other attachment frame member is a left attachment frame member.

45.    (Previously Presented) The stroller of claim 35, wherein the seat attachment comprises a two seat support elements.

46.    (Previously Presented) The stroller of claim 45, wherein the connector portion is capable of connecting to the stroller frame at the attachment frame members.

47.    (Previously Presented) The stroller of claim 46, wherein the connector portion of the seat attachment has a cylindrical shape.

48.    (Previously Presented) The stroller of claim 47, wherein the attachment frame member has a cylindrical slot.

49.    (Previously Presented) The stroller of claim 48, wherein the connector portion of the seat attachment is inserted in the cylindrical recess.

50.    (Previously Presented) The stroller of claim 46, wherein the connector portion is tubular construction.

51.    (Previously Presented) The stroller of claim 46, wherein the connector portion has a circular cross-sectional shape.

52.    (Cancelled)

7

BJvU-0001165

53.    (Previously Presented) The stroller of claim 46, wherein the connector portion has a complementary and cooperating shape that allows the connector portion to be secured to the attachment portion.

54.    (Withdrawn) The stroller of claim 35, wherein the seat support element is capable of supporting a car seat either a forward or backward position.

55.    (Withdrawn) The stroller of claim 35, wherein the seat support member is capable of supporting a car seat or other baby seat.

56.    (Withdrawn) The stroller of claim 55, wherein the seat support member comprises a main support.

57.    (Withdrawn) The stroller of claim 56, wherein the main support comprises a cradle for supporting the central portion of the car seat.

58.    (Withdrawn) A stroller capable of being converted to a double stroller, comprising:
    a releasably connected first seat, wherein the seat is one of a stroller seat, a car seat, or a bassinet and the seat may be attached in a forward or backward facing position; and
    a releasably connected second seat, wherein the second seat is on of a stroller seat, a car seat, or a bassinet and the car seat or the bassinet may be attached in a forward or backward facing position.

59.    (Withdrawn) The stroller of claim 58, wherein the first seat is a stroller seat.

60.    (Withdrawn) The stroller of claim 58, wherein the first seat is a bassinet.

61.    (Withdrawn) The stroller of claim 59, wherein the second seat is a car seat.

62.    (Withdrawn) The stroller of claim 59, wherein the second seat is a stroller seat.

BJvU-0001166

## AMENDMENT TO THE SPECIFICATION

Please add the following paragraphs to the specification after paragraph [0026]:

"FIG. 10 shows a perspective view of an embodiment of a stroller comprising two attachment frame members 17 capable of reversibly receiving two separate seat attachments 20 84, wherein the seat attachments each comprise a seat attachment member 22 for converting the stroller into a double stroller, the seat attachment comprising a connector portion capable of reversibly connecting to one of the attachment portions above a front wheel of the stroller and a seat attachment member capable of supporting a second seat in either a forward or backward position;

FIG. 11 shows a close up on the stroller, stroller front wheel, attachment portion 17 of the stroller adjacent to the front wheel comprising slot 18 and the seat attachment 84."

9

BJvU-0001167

## REMARKS

Claims 1 to 62 were pending in the Subject Application.  Of the pending claims, Claims 1 to 19 and 28 to 53 were rejected in the Office Action and Claims 20 to 27 and 54 to 62 are withdrawn from consideration due to an election requirement.  Applicants respectfully request reconsideration of Claims 1 to 19 and 28 to 53 based upon the amendments and remarks.

## Drawings

Applicants have added new drawings, FIG. 10 and FIG. 11, as requested by the examiner to show an additional view of the invention.  The drawings do not include new matter but clearly show the stroller in a perspective view, the two separate attachment frame members that each may be removably connected to the stroller adjacent to each front wheel and the stroller seat that may be removably and reversibly connected between the two separate frame attachment members.  The separate seat attachment members as shown in FIG. 10 and FIG. 11 are discussed in paragraph [0015] as well as elsewhere in the specification, for example.

## Claim Rejections

The claims of the Subject Application have been rejected under 35 U.S.C. § 102 or 35 U.S.C. §103 based upon a US Patent No. 7,677,585 (Rohl), US Patent No. 7,475,900 (Cheng), or a combinations thereof.

Claims 16, 28, 32, 35, and 41 have been amended to clarify the scope.  Neither Rohl nor Cheng describe a seat attachment for a stroller comprising two separate attachment frame members. The two separate frame members allow the seat support elements to be reversibly connected to the stroller frame then removed and easily stored.  This simplifies the stroller of Cheng and allows use of the stroller as a single stroller then easily and conveniently converted to a double stroller.  Cheng is permanently a double stroller.  When using the claimed stroller as a single stroller, the seat attachment members will not interfere with the use of the stroller as in Cheng and allows the second seat to be installed in front of the first seat so it does not increase the width of the stroller as attachment described in Rohl.

The seat attachment member is a simple device comprising a connector portion and a seat support element.  The connector portion reversibly, or removably, connects to the attachment portion of the stroller to support the seat support element.  The connector portion of the seat

10

attachment member may simply be a frame member that is received in a slot in the attachment portion of the stroller.  The connector portion may be removed from the attachment portion of the stroller to remove the seat attachment portion.  As can be seen in FIG. 10, the seat attachment comprises two seat attachment members.  A stroller seat may be attached and supported between the two seat attachment members.  The stroller seat may be removed and then the two seat attachment members may be removed and the stroller is again a single seat stroller with no further complicated mechanisms.  To accomplish this, each attachment frame member comprising comprises a connector portion capable of reversibly connecting to an attachment portion of a stroller frame adjacent a front wheel of the stroller.  In some embodiments, the seat support element capable of supporting a seat in either a forward or backward position.  The attachment frame members are separate, meaning that they are not connected to each other by additional frame members when not connected to the stroller.  The seat connectors of Cheng are permanently connected together and the frame of the stroller.

The prior art cited, Cheng and Rohl, describe patentably distinct strollers and attachments.  Rohl provides an additional seat for a stroller that must be attached next to the stroller.  Since the stroller is attached on the side of the stroller, the width of the stroller is increased and the push handle is now not centered on the device making maneuverability difficult.  The auxiliary seat is not attached adjacent to both front wheels and the connector portions are not separate.  In Claim 16, "in front" means the second seat is forward of or ahead of the first seat in the typical direction of travel of the stroller.

Further, the seat attachment members of Cheng is not reversibly connected to the stroller frame.  The stroller of Cheng has two pairs of seat support elements permanently attached to the stroller frame.  The stroller of Cheng thus requires a complicated folding mechanism.  There is no seat attachment member reversibly connected to an attachment portion of the stroller frame.  Even so, the seat support elements are not connected to the frame adjacent the front wheels.  They are connected to a pivoting frame member 41.

Claim 1 is directed to a seat attachment comprising two separate attachment frame members.  Claim 16 comprises a seat attachment that is connected to connection portions adjacent to each front wheel.  Claim 28 is directed to a stroller comprising, among other things, each attachment portion is capable of reversibly receiving and supporting a seat attachment member, wherein the seat attachment member comprises a connector portion for removably

BJvU-0001169

connecting to the attachment portion and a seat support element for reversibly connecting a stroller seat between the seat attachment members. Independent Claim 35 also comprises an attachment that may be reversibly connected to an attachment portion of the stroller. In both Rohl and Cheng the seat support elements or the connection portions are permanently connected together by additional frame members. In Rohl, the attachment is removable but is not connected adjacent to the front wheels and is not two separate attachments. Consideration of the amended claims and the remarks is respectfully requested.

## CONCLUSIONS

Applicants respectfully request consideration of the claims pending in the Subject Application and issuance of a Notice of Allowability. Should the Examiner have any remaining concerns, he is requested to contact the undersigned at the telephone number given below so that the concerns may be resolved without issuance of an additional Office Action.

Sincerely,

/Bernard G. Pike/

Bernard G. Pike
Registration No. 46,993

Pike IP Law, PLLC
P.O. Box 8592
Richmond, Virginia 23226
804-615-3939

12

BJvU-0001170