# EXHIBIT M

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: **Mark Zehfuss** | ) |
| | ) Confirmation No.: **1015** |
| Application No.: **14/597,420** | ) |
| | ) Art Unit: **3618** |
| Filed: **January 15, 2015** | ) |
| | ) Examiner: **James M. Dolak** |
| For: **Seat Attachment for a Stroller** | ) |
| | ) |
| Attorney Docket No.: **34757-1058** | ) |

## AMENDMENT AND RESPONSE TO FINAL OFFICE ACTION

**Via EFS-Web**
Mail Stop AF
Commissioner for Patents
Alexandria, VA 22313-1450

Dear Examiner Dolak:

In response to the Final Office Action dated December 9, 2015 and the Advisory Action dated February 19, 2016, and in connection with the Request for Continued Examination submitted herewith, Applicant requests continued examination of this application under 37 CFR 1.114. Applicant submits the following amendments and remarks. In light of these amendments and remarks, Applicant respectfully asserts that all of the claims of the patent application are patentable, and that the application be allowed.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks** begin on page 5 of this paper.

---

I hereby certify that this correspondence is being electronically filed via EFS-WEB to Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, Attn: Examiner Dolak, GAU 3618, on March 9, 2016.

_____/James M. Hannon/_____
James M. Hannon
Reg. No. 48,565

U.S. Patent Application Serial No. 14/597,420

## AMENDMENTS TO THE CLAIMS

Please amend the claims as shown below. This listing of claims will replace all prior versions and listings of claims in the application.

1. (Currently Amended)  A ~~seat attachment for a~~ stroller, comprising:
a stroller frame;
a plurality of wheels;
a first seat coupled to the stroller frame along a first vertical position of the stroller frame and configured to hold a first child in the stroller;
a second seat attachment coupled to the stroller frame along a second vertical position substantially below the first vertical position and comprising:
    a left seat support element, wherein the left seat support element comprises:
        a first connector portion ~~capable of~~ releasably connected~~connecting~~ to [[a]]the stroller frame and a left seat connector releasably connecting a second seat in either a forward or backward position; and
    a right seat support element, wherein the right seat support element comprises:
        a second connector portion ~~capable of~~ releasably connected~~connecting~~ to the stroller frame and a right seat connector releasably connecting the second seat in either a forward or backward position between the left and right seat support connectors[[.]]and
    a second seat releasably connected to the left seat connector and the right seat connector and configured to hold a second child in the stroller while the first seat holds the first child.

2. (Currently Amended)  The ~~seat attachment for a~~ stroller of claim 1, wherein the second seat is a baby seat, a car seat, a stroller seat, a bassinet, a baby carrier, or a pram.

3. (Currently Amended)  The ~~seat attachment for a~~ stroller of claim 1, wherein each of the left and right seat support elements has a first end and a second end.

4. (Currently Amended)  The ~~seat attachment for a~~ stroller of claim 3, wherein

2

U.S. Patent Application Serial No. 14/597,420

the first end comprises the connector portion and is ~~capable of~~ releasably <u>connected</u>~~connecting~~ to the stroller frame.

5.    (Currently Amended)  The ~~seat attachment for a~~ stroller of claim 4, wherein the second end comprises the seat connector and is releasably connected to the <u>second</u> seat.

6.    (Canceled)

7.    (Currently Amended)  The ~~seat attachment for a~~ stroller of claim 1, wherein both <u>the first connector portion and the second connector portion</u>~~connector portions~~ releasably connect to the stroller by at least one of buttons, snaps, friction fittings, interference fits, threaded connections, locking tabs, or keyed connections.

8.    (New)  A stroller, comprising:

a stroller frame;

a plurality of wheels;

a first seat coupled to the stroller frame and disposed along a first vertical position of the stroller frame, the first seat configured to hold a first child in the stroller;

a second seat attachment coupled to the stroller frame and comprising:

a left seat support element, wherein the left seat support element comprises:

a first connector portion releasably connected to the stroller frame and a left seat connector releasably connecting a second seat in either a forward or backward position; and

a right seat support element, wherein the right seat support element comprises:

a second connector portion releasably connected to the stroller frame and a right seat connector releasably connecting the second seat in either a forward or backward position between the left and right seat support connectors; and

a second seat releasably connected to the left seat connector and the right seat connector and positioned at a second vertical position substantially below the first vertical position of the first seat, the second seat configured to hold a second child in the stroller while

3

U.S. Patent Application Serial No. 14/597,420

the first seat holds the first child.

| Notice of Allowability | Application No.<br>14/597,420 | Applicant(s)<br>ZEHFUSS, MARK | |
|---|---|---|---|
| | Examiner<br>JAMES M. DOLAK | Art Unit<br>3618 | AIA (First Inventor to File) Status<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *3/09/2016*.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-5,7,8*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All    b) ☐ Some   *c) ☐ None of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____.
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
5. ☒ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/JAMES M DOLAK/
Primary Examiner, Art Unit 3618

U.S. Patent and Trademark Office
PTOL-37 (Rev. 08-13)
20160328

Notice of Allowability

Part of Paper No./Mail Date

BJvU-0006260

Application/Control Number: 14/597,420　　　　　　　　　　　　　　　　　　Page 2
Art Unit: 3618

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

1. The present application is being examined under the pre-AIA first to invent provisions.

### *Continued Examination Under 37 CFR 1.114*

2. A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on 3/09/2016 has been entered.

### *Response to Amendment*

3. The reply filed on 3/09/2016 cancelled claim 6, amended claims 1-5, and 7, and added new claim 8. Claims 1-5, 7, and 8 are currently pending herein.

## EXAMINER'S AMENDMENT

4. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

　　Authorization for this examiner's amendment was given in a telephone interview with James Hannon (Applicant's representative) on 3/28/2016.

　　The application has been amended as follows:

Application/Control Number: 14/597,420                                                                                     Page 3
Art Unit: 3618

**In the Claims:**

Replace Claim 1, with the following:

A stroller, comprising:

a stroller frame;

a plurality of wheels comprising a plurality of front wheels and a plurality of back wheels;

a first seat coupled to the stroller frame at a first vertical position of the stroller frame closer to a handle of the stroller and configured to hold a first child in the stroller;

a second seat attachment coupled to the stroller frame at a second vertical position substantially below the first vertical position and closer to the front wheels and comprising:

a left seat support element, wherein the left seat support element comprises:

a first connector portion releasably connected to the stroller frame closer to a left front wheel and a left seat connector releasably connecting a second seat in either a forward or backward position; and

a right seat support element, wherein the right seat support element comprises:

a second connector portion releasably connected to the stroller frame closer to a right front wheel and a right seat connector releasably connecting the second seat in either a forward or backward position between the left and right seat connectors; and

Application/Control Number: 14/597,420  Page 4
Art Unit: 3618

the second seat releasably connected to the left seat connector and the right seat connector and configured to hold a second child in the stroller while the first seat holds the first child.

Replace Claim 8, with the following:

A stroller, comprising:

a stroller frame;

a plurality of wheels comprising a plurality of front wheels and a plurality of back wheels;

a first seat coupled to the stroller frame and disposed along a first vertical position of the stroller frame closer to a handle of the stroller, the first seat configured to hold a first child in the stroller;

a second seat attachment coupled to the stroller frame closer to the front wheels and comprising:

a left seat support element, wherein the left seat support element comprises:

a first connector portion releasably connected to the stroller frame closer to a left front wheel and a left seat connector releasably connecting a second seat in either a forward or backward position; and

a right seat support element, wherein the right seat support element comprises:

a second connector portion releasably connected to the stroller frame closer to a right front wheel and a right seat connector releasably connecting the

BJvU-0006263

Application/Control Number: 14/597,420 Page 5
Art Unit: 3618

second seat in either a forward or backward position between the left and right seat connectors; and

the second seat releasably connected to the left seat connector and the right seat connector and positioned at a second vertical position substantially below the first vertical position of the first seat, the second seat configured to hold a second child in the stroller while the first seat holds the first child.

### Allowable Subject Matter

5. Claims 1-5, 7, and 8 are allowed.

6. The following is an examiner's statement of reasons for allowance: The prior art of record when taken alone or in combination with another does not teach or fairly suggest at this time at least, among other limitations: A stroller, comprising: a stroller frame; a plurality of wheels, comprising a plurality of front wheels and a plurality of back wheels; ***a first seat coupled to the stroller frame at a first vertical position closer to a handle*** of the stroller and configured to hold a first child in the stroller; ***a second seat attachment coupled to the stroller frame at a second vertical position substantially below the first vertical position and closer to the front wheels*** and comprising: a left seat support element, wherein the left seat support element comprises: ***a first connector portion releasably connected to the stroller frame closer to a left front wheel and a left seat connector releasably connecting a second seat in either a forward or backward position***; and a right seat support element, wherein the right seat support element comprises: ***a second connector portion releasably connected to the stroller frame closer to a right front wheel***

Application/Control Number: 14/597,420                                                                Page 6
Art Unit: 3618

***and a right seat connector releasably connecting the second seat in either a forward or backward position*** between the left and right seat connectors; and the second seat releasably connected to the left seat connector and the right seat connector and configured to hold a second child in the stroller while the first seat holds the first child, as claimed in Claim 1 and similarly claimed in Claim 8 (emphasis added to allowable limitations not suggested or taught by the prior art).

7.  The prior art discloses similar examples of double strollers (see attached Notice of References cited). However, the prior art does not appear to teach or fairly suggest the combination of limitations of amended independent claim 1, as noted above.

    Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## Conclusion

8.  The prior art made of record and not relied upon is considered pertinent to applicant's disclosure, and can be found on the attached Notice of References Cited.

    Any inquiry concerning this communication or earlier communications from the examiner should be directed to JAMES M. DOLAK whose telephone number is (571)270-7757. The examiner can normally be reached on M-F 830AM-530PM (first Friday off).

Application/Control Number: 14/597,420 Page 7
Art Unit: 3618

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, J.Allen Shriver can be reached on (571) 272-6698. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/JAMES M DOLAK/
Primary Examiner, Art Unit 3618