**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BABY JOGGER II, LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> MONAHAN PRODUCTS, LLC, D/B/A UPPABABY, <br><br>     Defendant. | Civil Action No. 1:24-CV-11582-ADB |

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Baby Jogger II, LLC states as follows:  Baby Jogger II, LLC is an indirect, wholly owned subsidiary of Newell Brands Inc.  Newell Brands Inc. is a publicly traded company listed on the Nasdaq Stock Exchange as NWL.  The following publicly-held corporations own ten percent (10%) or more of NWL's stock: BlackRock Inc. (NYSE: BLK).

Respectfully submitted,

Dated:  May 12, 2026

/s/ *Robert J Leonard*
Wendy K. Venoit (BBO #568657)
Michael M. Filbin (BBO No. 705341)
**COZEN O'CONNOR**
200 State Street, Suite 1105
Boston, Massachusetts 02109
Telephone:  (617) 849-5002
Facsimile:  (857) 488-4871
wvenoit@cozen.com
mfilbin@cozen.com

John W. Harbin (*pro hac vice*)
   Georgia State Bar No. 324130
Gregory J. Carlin (*pro hac vice*)

Georgia State Bar No. 455865
Walter Hill Levie III (*pro hac vice*)
Georgia State Bar No. 415569
Robert J. Leonard (*pro hac vice*)
Georgia State Bar No. 303694
**MEUNIER CARLIN & CURFMAN LLC**
999 Peachtree Street N.E., Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
tlevie@mcciplaw.com
rleonard@mcciplaw.com

*Attorneys for Plaintiff Baby Jogger II, LLC*